CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 22 2017

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDREW ALLAN SMITH, )<br>Plaintiff, ) | Civil Action No. 7:17-cv-00493 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| LT. BEVERLY ROSE, et al, ) | By: Hon. Michael F. Urbanski |
| Defendant(s). ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 22nd day of November, 2017.

/s/ Michael F. Urbanski
Chief United States District Judge